Entered on Docket
September 22, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

SEP 2 2 2009

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcus W. Leavitt and<br>Mary Leavitt,<br>    Debtor(s). | Case No. 08-52696-ASW<br>Chapter 13 |
| Marcus W. Leavitt and<br>Mary Leavitt,<br>    Plaintiff(s),<br>vs.<br>Greenpoint Mortgage Funding, Inc. and<br>Countrywide Home Loans Servicing, LP,<br>    Defendant(s). | Adversary No. 09-5222<br><br>**ORDER TO SHOW CAUSE** |

IT IS HEREBY ORDERED that Mary Leavitt and Marcus W. Leavitt shall appear on October 26, 2009 at 1:15 pm at 280 South First Street, Room 3020 and show cause why the above-entitled Adversary Proceeding should not be dismissed for lack of prosecution. In the event there is no appearance by Mary Leavitt and Marcus W. Leavitt, the Adversary Proceeding will be dismissed

1

**ORDER TO SHOW CAUSE**

for lack of prosecution. Appearance by Greenpoint Mortgage Funding, Inc. and Countrywide Home Loans Servicing, LP at this hearing is not required.

DATED: JUL 2 2 2009

_____
UNITED STATES BANKRUPTCY JUDGE

Case: 09-05222    Doc# 10    Filed: 09/24/09    Entered: 09/24/09 21:31:43    Page 2 of 4

Adversary No. 09-5222

## COURT SERVICE LIST

Mary Leavitt
2010 Sparrow Valley Road
Aptos, CA 95003

Marcus W. Leavitt
2010 Sparrow Valley Road
Aptos, CA 95003

Cathleen Cooper Moran
Moran Law Group, Inc.
1674 N Shoreline Blvd. #140
Mountain View, CA 94043-1375

Pamela D Simmons
2425 Porter St
Suite 10
Soquel, CA 95073

Thomas A. Jenkins
Jenkins, Mulligan and Gabriel
225 Bush St. 16th Fl
San Francisco, CA 94104

**ORDER TO SHOW CAUSE**

Case: 09-05222    Doc# 10    Filed: 09/24/09    Entered: 09/24/09 21:31:43    Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: besparza           Page 1 of 1             Date Rcvd: Sep 22, 2009
Case: 09-05222                Form ID: pdfeoc          Total Noticed: 3
```

The following entities were noticed by first class mail on Sep 24, 2009.
```
aty         +Pamela D Simmons,   2425 Porter St,   Suite 10,   Soquel, CA 95073-2454
pla         +Marcus W. Leavitt,   2010 Sparrow Valley Road,   Aptos, CA 95003-2609
pla         +Mary Leavitt,   2010 Sparrow Valley Road,   Aptos, CA 95003-2609
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2009**                        Signature:     *Joseph Speetjens*